

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00309-CV

**ALEXIS NICOLE SWAN AND TERRISA D. SWAN,**

                                                        **Appellants**

 **v.**

**BIENSKI PROPERTIES, LP,**

                                                        **Appellee**

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 13-001511-CV-CCL1**

## O R D E R

On August 4, 2014, appellants, Alexis Nicole Swan and Terrisa D. Swan, filed their notice of appeal challenging the trial court's July 10, 2014 final judgment. Subsequently, on August 11, 2014, appellee, Bienski Properties, LP ("Bienski"), also filed a notice of appeal challenging the trial court's July 10, 2014 final judgment. The notices of appeal were assigned a single appellate cause number—10-14-00309-CV. *See* TEX. R. APP. P. 12.2(c) ("All notices of appeal filed in the same case must be given the same docket number.").

On October 15, 2014, this Court received a docketing statement filed by the Swans. However, we have not received a docketing statement from Bienski. *See id.* at R. 32.1. Accordingly, in a letter dated November 7, 2014, the Clerk of this Court notified Bienski that the docketing statement must be filed within twenty-one days of November 7, 2014. The letter also warned Bienski that if the docketing statement was not filed within twenty-one days of November 7, 2014, the appeal would be dismissed without further notification. *See id.* at R. 42.3(b)-(c), 44.3.

More than twenty-one days have passed, and we have not received Bienski's docketing statement. Accordingly, we dismiss Bienski's appeal in this matter.[1] *See id.* at R. 42.3(b)-(c).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 22, 2015
Do not publish
[CV06]



---

[1] The Swans' appeal against Bienski remains pending.